UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

       v.

EFREN T. IRIZARRY-COLON,       CIVIL NO. 05-1607 (JAF)
ISMAEL L. ALFONZO-REYES,
VANESSA MORALES-HERNANDEZ, and
the conjugal partnership
constituted by both,

    Defendants.

## JUDGMENT BY DEFAULT

On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered in Plaintiff's favor and against co-defendants Alfonzo, Morales and the conjugal partnership constituted by both, jointly and severally, for treble (three times) the damages sustained by the United States on account of the false claims/statements submitted in relation to the emergency and operating loans in the amount of $10,431,530.00, which totals an aggregate amount of $31,294,590.00, less the amounts repaid to the United States for the emergency loans ($5,467,190.68) and for the operating loans ($1,205,433.90), for a total net amount of $24,621,965.42, plus mandatory civil penalties against co-defendants Alfonzo, Morales and the conjugal partnership constituted by both, jointly and severally, in the

Civil No. 05-1607 (JAF)                                          -2-

1      amount of $10,000.00 for each one of the one-hundred eighteen false

2      statements or false claims submitted by Alfonzo and Morales to the

3      FSA in relation to the emergency and operating loans, for a total

4      of $1,180,000.00. Also, Judgment shall be entered against co-

5      defendant Alfonzo alone, in addition to the amounts specified

6      above, for treble (three times) the damages sustained by the United

7      States on account of the false statements/claims submitted by him

8      in relation to the Livestock Indemnity Program (LIP) in the amount

9      of $364,784.00,  which totals an aggregate amount of $1,094,352.00,

10     less the amounts repaid to the United States on said LIP which

11     total $58,297.00, for a total net amount of $1,036,055.00, plus

12     additional mandatory civil penalties against co-defendants Alfonzo

13     alone, in the amount of $10,000.00 for each one of the eight false

14     statements or false claims submitted by Alfonzo to the FSA on

15     account of the Livestock Indemnity Program (LIP), for the total net

16     amount of $80,000.00, plus the investigation costs incurred by the

17     plaintiff as the result of their false claims penalties.

18          San Juan, Puerto Rico, this 8th day of June, 2006.

19                              S/José Antonio Fusté
20                              JOSE ANTONIO FUSTE
21                              Chief U.S. District Judge